# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Santee Howard, | Civ. No. 24-1797 (JWB/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Red Lake Band of Chippewa, and Red Lake Tribal Courts, | |
| Respondents. | |

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on June 21, 2024. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and submissions, **IT IS HEREBY ORDERED** that:

1. The June 21, 2024 Report and Recommendation (Doc. No. 3) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 31, 2024                                *s/ Jerry W. Blackwell*
                                                                         JERRY W. BLACKWELL
                                                                         United States District Judge